

Anthony-Steven: Wright

Pro Se Plaintiff

# 06748-046 USP TUCSON

P.O. Box 24550

Tucson, Arizona 85734-4550

FILED'09 SEP 21 15:50USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Anthony-Steven:Wright et al, <br> ANTHONY STEVEN WRIGHT©. <br>     Plaintiff-Movant. <br> <br> vs. <br> <br> THE AMERICAN'S BULLETIN et al <br> Robert-Dean: Kelly, and; <br> ROBERT DEAN KELLY, and; <br> MARIANNE McCUTHEON. <br>     Defendant's. | Case No. 3:09-cv-010-PK <br> <br> REQUEST FOR DEFAULT JUDGMENT |

REQUEST TO ENTER DEFAULT OF THE AMERICAN'S BULLETIN ET AL.,
(FED. R. CIV. P. 55(A)) and 55(B)(2).

------------------------------------------------------------

MOTION PURSUANT TO FRciv? 7(b)(i) TO THE CLERK OF THE UNITED STATES COURT FOR THE DISTRICT OF OREGON:

Anthony Steven Wright et al, movant, requests that the Clerk of this Court enter default judgment against The

American's Bulletin et al., in the amount of $ 28,670,000.00, as authorized by Rule 55(b)(1) cf the FRcP (Federal Rules of Civil Procedure). In support of this request, Anthony Steven Wright, Plaintiff herein states:

1:] The Clerk of the Court has already entered the default of The American's Bulletin et al., as a consequence of The American's Bulletin et al failure to timely plead or otherwise respond in this action. The default was entered on September 20, 2009 to answer Plaintiff's interrogatories within 30 days (doc #23) from the date of the order, Defendants are in contempt.

2:] The claim of Anthony Steven Wright, Plaintiff herein, is for a sum certain or a sum that, by computation, can be made certain.

3:] The American's Bulletin et al, Robert Dean Kelly, ROBERT DEAN KELLY©, and Marianne McCutcheon Defendant's are not minors or incompetent persons.

4:] Defendant's are not currently in the military services.

5:] The amount of the judgment to be entered as indicated in the Plaintiff, Anthony Steven Wright's attached affidavit in support of request to enter clerks default judgment pursuant to FRcP Rule 55(b)(1). The amount due in the attached affidavit is justly due and owing, and the costs

sought to be taxed will necessarily be incurred in the action. This Motion is based on this document, the attached affidavit, and PLAINTIFF'S FULLY INCORPORATED AND ADOPTED MOTION TITLED "PLAINTIFF'S CONTROVERTED FACTS IN OPPOSITION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT and PLAINTIFF'S APPENDIX OF EXHIBITS IN SUPPORT OF HIS CONTROVERTED FACTS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT" sent to this clerk on 9-4-2009 certified mail no. 7009 1680 0001 9131 7731.

WHEREFORE, based upon the above and foregoing, I hereby request the Clerk or Court to Enter Default against the Defendant's as Defendant's agree and admit to all statements and claims made by the Plaintiff simply by remaining silent, by not answering Judge Papaks Court Order [Doc # 36] these claims are settled Stare Decisis and Defendant's are barred by Res Judicata and are not able to argue anymore. Silence equates to guilt, fraud, intentional misleading and agreement.

Dated: September 17th, 2009

By: /s/ Anthony S. Wright
Anthony-Steven: Wright

[ATTACHED AFFIDAVIT IN SUPPORT OF REQUEST TO ENTER CLERK'S DEFAULT JUDGMENT(FED.R.CIV.P. RULE 55(b)(1)]

CERTIFICATE OF SERVICE

Service on Defaulting Party

I, Anthony Steven Wright hereby certify that a true and correct copy of the attached Motion for Entry of Default judgment, together with attached Affidavit and Exhibits, and supporting papers, were sent first class U.S. Mail in a properly addressed envelope with first class postage duly paid before noon 12:PM On september 17th, 2009, to The American's Bulletin et al by service at the following address P.O. Box 3096, Central Point, Oregon 97502, the same has been hand delivered to prison staff for placement in the legal mail box this 17th day of September, 2009, pursuant to Houston vs. Lack, 468 U.S. 266 (1988), Mailbox Rule, to:

RE:Case No.3:09-CV-010-PK

U.S. District Court Clerk
1000 S.W. Third Avenue
740 U.S. COURTHOUSE
Portland, Oregon 97204

06748-046
The Americans Bulletin
Case No.3:09-cv-010-pk
P.O. Box 3096
c/o Robert Kelly
Central Point, OR - 97502
United States

06743-046
Robert Dean Kelly
3:09-cv-010-pk
P.O. Box 3096
Central Point, OR - 97502
United States

06743-046
Marianne McCutcheon
Case No.3:09-cv-010-pk
P.O. Box 3096
Central Point, OR - 97502
United States

06748-046
ANTHONY STEVEN WRIGHT
#06748-046
P.O. Box 24550
USP Tucson
Tucson, AZ - 85734
United States